UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                      -v-

    CARLOS JAVIER,

                             Defendant.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/9/2022__

1:20-cr-604-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    It is hereby ORDERED that the defendant is remanded to the custody of the United States Marshal.

    SO ORDERED.

Dated: March 9, 2022
       New York, New York

                                               GREGORY H. WOODS
                                            United States District Judge